

# Fourth Court of Appeals
## San Antonio, Texas

August 11, 2021

No. 04-21-00225-CV

Regina **CYPHERS**,
Appellant

v.

**CHILDREN'S ALLIANCE OF SOUTH TEXAS**,
Lorelei Iris Voronin, Christina Martinez, and Alexandra Torres,
Appellees

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-01494
Honorable Aaron Haas, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR WANT OF JURISDITION.  Appellant is unable to afford payment of costs; no costs are taxed in this appeal.

It is so **ORDERED** on August 11, 2021.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of August, 2021.

_____
Michael A. Cruz, Clerk of Court